STATE of Missouri, Respondent,

v.

Arvon CLEMONS, Appellant.

No. 74089.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 23, 1999.

Douglas Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes; Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before MARY K. HOFF, P.J., and GARY M. GAERTNER, J., and RHODES RUSSELL, J.

## ORDER

PER CURIAM.

Arvon Clemons, Defendant, appeals from the judgment convicting him of second degree trafficking in violation of Section 195.223, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Kenny WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. 74398.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 23, 1999.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Movant Kenny Williams appeals the judgment denying his Rule 29.15 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).